*May Term,*
*1847.*

*Ex parte*
SMITH.

---

*Ex parte* SMITH, an Alien.

The declaration of an alien of his intention to become a citizen of the *United States,* stated that it was *bona fide* his intention to become a citizen of the *United States* of *America,* and to renounce and abjure all allegiance and fidelity to every foreign prince, potentate, state, and sovereignty whatever, and particularly to the queen of *Great Britain* and *Ireland,* according to the several acts of congress in such cases made and provided. *Held,* that the declaration was not objectionable because the name of the queen was not stated.

ERROR to the *Daviess* Circuit Court.

BLACKFORD, J.—This was an application in the Circuit Court by *Smith,* an alien, to be admitted a citizen of the *United States.* He produced the following evidence of his declaration of intention to become a citizen of the *United States,* viz.:

" *United States of America.* The State of *Ohio, Hamilton* county, ss. Court of Common Pleas of the term of *October,* 1840. *Bernard Smith,* a native of *Ireland,* aged about thirty-four years, bearing allegiance to the queen of *Great Britain* and *Ireland,* who emigrated from *Liverpool* in 1833, and arrived at *New York* on the 8th of *July,* 1833, and who

*Monday,*
*May 31.*

intends to reside within the jurisdiction and under the government of the *United States*, to wit, *Hamilton* county; and he makes report of himself for naturalization, and declares on oath in open court, that it is *bona fide* his intention to become a citizen of the *United States* of *America*, and to renounce and abjure all allegiance and fidelity to every foreign prince, potentate, state, and sovereignty whatever, and particularly to the queen of *Great Britain* and *Ireland*, according to the several acts of congress in such cases made and provided. In testimony whereof I have hereunto set my hand and affixed the seal of the Court of Common Pleas, at *Cincinnati*, this 12th day of *October*, A. D. 1840. *W. H. Harrison*, Clk., by *T. J. Snyder*, Dep. [Seal.]"

The Circuit Court considered this declaration of intention to be insufficient, and accordingly refused the application.

The declaration is objected to, because the party in declaring his intention to renounce his allegiance to the queen of *Great Britain* and *Ireland*, does not give the name of the queen, viz., *Victoria*. We do not think the objection should prevail. The meaning of the declaration is the same as if the name of the queen had been inserted. The party by declaring his intention to renounce all allegiance and fidelity to every foreign prince, potentate, state, and sovereignty whatever, and particularly to the queen of *Great Britain* and *Ireland*, has complied substantially with the act of congress on the subject.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*C. P. Hester*, for the plaintiff.